393 A.2d 1297

Schaefer GMC Truck Sales, Inc., Appellant, v. Jamar Buses, Inc.

Argued April 12, 1978. R. Lochner, with him Joseph J. Bernstein, for appellant; Howard F. Messer, for appellee.

Order affirmed.

PRICE, J., dissented.